David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Shannon James

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon James,<br><br>                    Plaintiff,<br><br>v.<br><br>Law Office of Curtis O' Barnes<br><br>                    Defendant. | Case No.: 3:10-cv-08075-GMS<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Shannon James (hereinafter "Plaintiff"), hereby moves to dismiss the entire action against Defendant Law Office of Curtis O' Barnes with prejudice.

Respectfully submitted,


Date: September 17, 2010          **Hyde & Swigart**

                                  By:_/s/ David J. McGlothlin__
                                  David J. McGlothlin
                                  Attorneys for the Plaintiffs

*(left margin)* **HYDE & SWIGART** Phoenix, Arizona